TRUDY A. NOWAK
Chapter 7 Trustee
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016
Telephone: (480) 447-2514
Email: trustee@tanowak.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BENJAMIN SCOTT MAYFIELD and | ) | Case No. 4:17-bk-13165-BMW |
| JENNIE DIANE MAYFIELD, | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| Debtors. | ) | TO ABANDON PROPERTY |
| | ) | |

NOTICE IS GIVEN that Trudy A. Nowak, Chapter 7 Trustee, proposes to abandon the following described property pursuant to 11 U.S.C. § 554 on the grounds that the amount of secured claims and liens against the property, and the amount of the exemption claimed in the property by the Debtor(s), exceed the value of the property:

**2015 Nissan Altima VIN: #1N4AL3AP0FC411338**

Pursuant to Local Rule 6007-1, any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of service of this notice. The objection shall be filed with the U.S. Bankruptcy Court, District of Arizona, 38 S. Scott Avenue, Tucson, AZ 85701 <u>and</u> mailed to the Trustee, Trudy A. Nowak, at 2001 E. Campbell Ave., Suite 201 Phoenix, AZ 85016

If a party in interest timely objects to this abandonment notice in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

Dated: March 24, 2018            */s/ TRUDY A. NOWAK*
                                          Chapter 7 Trustee

To be mailed by the Bankruptcy Noticing Center to all creditors and parties in interest on the master mailing list.